600

447 A.2d 641

Commonwealth v. McLaughlin, Appellant.

Petition for Allowance of Appeal Denied Sept. 30, 1982.

Submitted November 6, 1981. Barry W. Miller, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Judgment of sentence affirmed.

447 A.2d 641

Commonwealth v. Merrifield, Appellant.

Petition for Allowance of Appeal Denied Oct. 1, 1982.

Argued November 16, 1981. Merritt E. McKnight, for appellant; Frederick D. Lingle, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CERCONE, P. J., McEWEN and HOFFMAN, JJ.

Judgment of sentence affirmed.